## STATE OF CONNECTICUT *v.* PAUL ST. CYR
## (15844)

Dupont, C. J., and Lavery and Schaller, Js.

Argued March 17—officially released April 8, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* JOSEPH CARLUCCI, JR.
## (15646)

Dupont, C. J., and Lavery and Schaller, Js.

Argued March 17—officially released April 8, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* JAMES E. HOLLEY
## (15363)

Dupont, C. J., and Lavery and Schaller, Js.

Argued March 17—officially released April 8, 1997

Per Curiam. The judgment is affirmed.